IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: APPOINTMENT OF HEATHER L. CAMPBELL
UNITED STATES PROBATION OFFICER

Miscellaneous No. 1:07MC 31

## ORDER

ORDERED that Heather L. Campbell is hereby appointed, with compensation, as a United States Probation Officer of this Court until further Order of the Court, in accordance with 18 U.S.C. § 3602(a). ORDERED that Clarksburg, West Virginia be designated as her official duty station.

This ORDER shall be effective as of July 9, 2007. The Clerk of the Court is directed to send a certified copy of this order to the said Heather L. Campbell and to the Director of the Administrative Office of the United States Courts.

**ORDERED**, this 6th day of July 2007, by the United States District Court for the Northern District of West Virginia.

IRENE M. KEELEY
UNITED STATES DISTRICT CHIEF JUDGE